RECEIVED
AUG - 2 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| **CENTRAL LA. HOME HEALTH CARE** | **DOCKET NO. 1:17-cv-346** |
| **VERSUS** | **JUDGE DEE D. DRELL** |
| **THOMAS E. PRICE** | **MAG. JUDGE PEREZ-MONTES** |

## JUDGMENT

In light of the telephone conference conducted today with the parties to this matter,

**IT IS ORDERED** that counsel shall report the status of potential resolution of the matter on or before September 6, 2019.

**IT IS FURTHER ORDERD** that consideration of the Report and Recommendation (Doc. 91) is **STAYED**.

**SIGNED** this 1st day of August 2019, at Alexandria, Louisiana.

**JUDGE DEE D. DRELL**
**UNITED STATES DISTRICT COURT**